UNITED STATES DISTRICT COURT HARRISONBURG DIVISION, W.D. of VA
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 5:19CR00017 |
| | : | |
| v. | : | In Violation of: |
| | : | 18 U.S.C. § 1201(c) |
| FRANK JESSE AMNOTT | : | 18 U.S.C. § 1512(k) |
| | : | 18 U.S.C. § 924(c) |
| | : | |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE
(Conspiracy to Kidnap Five Children)
18 U.S.C. § 1201(c)

1. Beginning as early as in or about March 2018, the exact date being unknown, and continuing to on or about July 29, 2018, within the Western District of Virginia and elsewhere, defendant FRANK JESSE AMNOTT did knowingly and willfully combine, conspire, confederate and agree with others known to the United States Attorney, to commit the offense of kidnapping in violation of Title 18, United States Code, Sections 1201(a)(1) and (g), that is, to unlawfully seize, confine, kidnap, abduct, and carry away and hold for ransom, reward, or otherwise, Child #1, Child #2, Child #3, Child #4, and Child #5, all of whom had not yet attained the age of eighteen years, and in committing or in furtherance of the commission of the kidnapping: to travel in interstate commerce, transport the victims in interstate commerce, and use a means, facility, or instrumentality of interstate or foreign commerce, namely, a cell phone.

2. All in violation of Title 18, United States Code, Section 1201(c).

1

## COUNT TWO
(Conspiracy to Kill Witnesses,
to wit, the Parents of the Five Children)
18 U.S.C. § 1512(k)

3.      Beginning as early as in or about March 2018, the exact date being unknown, and continuing to on or about July 29, 2018, within the Western District of Virginia and elsewhere, defendant FRANK JESSE AMNOTT did knowingly and willfully combine, conspire, confederate and agree with others known to the United States Attorney, to kill witnesses in violation of Title 18, United States Code, Section 1512(a)(1)(C), that is, to kill Parents A and B, the father and mother of Child #1 and Child #2, and Parents C and D, the father and mother of Child #3, Child #4, and Child #5, with intent to prevent their communication to a law enforcement officer of the United States of information related to the commission or possible commission of a Federal offense, that is, the kidnapping and abduction of Child #1, Child #2, Child #3, Child #4, and Child #5, in violation of Title 18, United States Code, Section 1512(a)(1)(C).

4.      All in violation of Title 18, United States Code, Section 1512(k).

2

## COUNT THREE
(Brandishing a Firearm During and
In Relation to Crimes of Violence)
18 U.S.C. § 924(c)

5.    On or about July 29, 2018, in the Western District of Virginia and elsewhere,

defendant FRANK JESSE AMNOTT did knowingly brandish, carry, and use a firearm, that is, a

pistol, during and in relation to crimes of violence for which he may be prosecuted in a court of

the United States, that is,

      (a)    Conspiracy to commit the offense of kidnapping, in violation of Title 18,

          United States Code, Section 1201(c).

      (b)    Conspiracy to kill witnesses, in violation of Title 18, United States Code,

          Section 1512(k).

6.    All in violation of Title 18, United States Code, Section 924(c)(1)(A).


Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

Christopher R. Kavanaugh
Assistant United States Attorney

3