

**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

v.

FRANK JESSE AMNOTT (custody-writ needed)

NOTICE
CASE NO: Felony Information

TYPE OF CASE:
    CIVIL      X      CRIMINAL

TYPE OF PROCEEDING:
    Initial Appearance on Felony Information

X    TAKE NOTICE that the proceeding in this case has been scheduled as indicated below:

**PLACE:**
U. S. DISTRICT COURT
Room: 309
116 North Main Street
Harrisonburg, VA 22802

DATE: May 21 2019
TIME: 11:30 A.M.

JULIA C. DUDLEY, CLERK OF COURT
By: s/ Karen Dotson
DEPUTY CLERK

DATE: May 13, 2019

To:    Hon. Elizabeth K. Dillon
        Hon. Joel C. Hoppe
        Chris Kavanuagh, AUSA
        Andrew Graves, Esq.
        USMS
        USPO
        File