SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

MAY 14 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | ) | |
| | ) | **SEALED** |
| FRANK JESSE AMNOTT | ) | Criminal No. 5:19-CR 17 |

Your petitioner, United States of America, by Christopher Kavanaugh, Assistant United States Attorney for the Western District of Virginia, respectfully shows:

1. That this case is a prosecution upon an information charging the defendant with a violation of Title 18, United States Code, Sections 1201(c), 1512(k), and 924(c).

2. That the presence of the said defendant before the United States Magistrate Court for the Western District of Virginia at Harrisonburg, Virginia, scheduled for an initial appearance on May 21, 2019, at 11:30 a.m., is necessary and he is now in custody of the Rockingham County Jail.

WHEREFORE, your petitioner prays that a Writ Of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Western District of Virginia, any other authorized United States Marshal, or Special Agent Scott Watson, Federal Bureau of Investigation, and another deputized agent, who shall bring the defendant before the Court at the above time and place.

Dated: 5/13/19

_/s/ Christopher Kavanaugh_
Christopher Kavanaugh
Assistant United States Attorney

*********************************************************************

TO: Rockingham County Jail
51 Liberty Street
Harrisonburg, VA 22801

**IN THE EVENT THIS INMATE IS TO BE TRANSFERRED TO ANOTHER FACILITY BEFORE THE REQUESTED DATE OF APPEARANCE, PLEASE NOTIFY THE ASSISTANT U.S. ATTORNEY LISTED ABOVE AT (434)293-4283.**

GREETINGS:

WE COMMAND YOU that you surrender the body of Frank Jesse Amnott, detained in the Rockingham County Jail, under your custody as it is said, to the United States Marshal for the Western District of Virginia, or one of his Deputies, any other authorized United States Marshal, or Special Agent Scott Watson, Federal Bureau of Investigation, and another deputized agent, to

the end that his body will be before the United States Magistrate Court for the Western District of Virginia, at Harrisonburg, Virginia, on the 21st day of May, 2019, at 11:30 a.m., or at such other time or times as the Court may direct.

ENTER: This     day of May, 2019.

_____
Honorable Joel C. Hoppe
United States Magistrate Judge

*************************************************************************

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT
OF VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL:

TO EXECUTE:

WE COMMAND that you proceed to the Rockingham County Jail and remove therefrom the body of Frank Jesse Amnott,, and produce him under safe and secure conduct before the United States Magistrate Court for the Western District of Virginia, at Harrisonburg, Virginia, on the 21st day of May, 2019, at 11:30 a.m.., or at such other time or times as the Court may direct; and upon completion of the case, return the said Frank Jesse Amnott., to Rockingham County Jail

JULIA C. DUDLEY
CLERK OF COURT

BY: _____
Deputy Clerk

CUSTODY ASSUMED:

EXECUTED this    day of May, 2019.
          BY: _____
               United States Marshal/Deputy

RETURNED:

EXECUTED this    day of May, 2019.

          BY: _____
               United States Marshal/Deputy

SENTENCED STATE PRISONER:     Yes: _____     No: __x____