FILED IN OPEN COURT
DATE 5/21/19
BY: [signature]
DEPUTY CLERK

HARRISONBURG DIVISION, W.D. of VA

# United States District Court
## for the
### Western District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 5:19CR00017 |
| Frank Jesse Amnott ) | |
| ) | |
| Defendant ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 05/21/2019

_Frank J. Amnott_
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

Andrew Graves
*Printed name of defendant's attorney*

[signature]
*Judge's signature*

Hon. Joel C. Hoppe, United States Magistrate Judge
*Judge's printed name and title*