APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

UNITED STATES OF AMERICA )   CASE NO.: 5:19CR00017
)
v. )   DATE: 5/21/2019
)
Frank Jesse Amnott )
)
TYPE OF HEARING: IA on Info.   Time in Court: 11:49 - 12:06 = 17 min.

****************************************************************************
PARTIES/SPEAKERS:
1. USMJ – Joel C. Hoppe          6. PO – Rachel Funkhouser
2. AUSA – Chris Kavanaugh        7. _____
3. Dft – Amnott                  8. _____
4. Dft atty – Andrew Graves      9. deputy clerk – Karen Dotson
5. _____                   10. _____

****************************************************************************
CD NO(S).   Courtroom 2         RECORDED BY: Karen Dotson

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 11:49 | 1,9 | 12:02 | 4,1 | | | | | | |
| | 1,2 | 3 | 4,1 | | | | | | |
| | 1,4 | 4 | 4,1 | | | | | | |
| | 1,2 | | 3,1 | | | | | | |
| | 1 | | 3,1 | | | | | | |
| 50 | 3,1 | 5 | 2,1 | | | | | | |
| | 3,1 | | 4,1 | | | | | | |
| | 3,1 | 6 | 4,1 | | | | | | |
| 56 | 2 | | 2,1 | | | | | | |
| 58 | 1,3 | | 4,1 | | | | | | |
| | 1,3 | | 1,2 | | | | | | |
| | 1,3 | | 1,4 | | | | | | |
| | 1 | | 1,2 | | | | | | |