IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 5:19-cr-00017 |
| ) | |
| FRANK JESSE AMNOTT ) | |

**ORDER**

The defendant, Frank Jesse Amnott, by counsel, moves for a continuance of the change of plea hearing in this case, and the government does not object. The court finds good cause to grant the motion. Specifically, second counsel for the defendant was appointed on June 24, 2019, and more time is needed to evaluate the discovery in this case. A failure to grant the continuance would therefore deny counsel for the defendant reasonable time to prepare effectively for the hearing, taking into account the exercise of due diligence.

The court further finds that the ends of justice served by the granting of the continuance outweigh the best interest of the public and defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A) of the Speedy Trial Act.

Accordingly, it is hereby ORDERED that the defendant's motion for a continuance is GRANTED and that the change of plea hearing scheduled for July 16, 2019, is continued to August 20, 2019. The time period between July 16, 2019, and August 20, 2019, will be excluded from the calculation of time under the Speedy Trial Act.

The clerk is directed to send a copy of this order to all counsel of record.

Entered: July 15, 2019.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge