IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

UNITED STATES OF AMERICA

Criminal Action No. 5:19cr00017

v.

FRANK JESSE AMNOTT

**MOTION TO CONTINUE HEARING**

Comes now the Defendant, Frank Amnott, by Counsel, this matter having been placed on the Court's docket on August 20, 2019, for the entry of a guilty plea, and Counsel for the Defendant wishing to investigate further before proceeding to a guilty plea, without objection from the United States, the Defendant – waiving his rights under the speedy trial act, 18 U.S.C. § 3161, et seq. – MOVES this Court to reschedule the August 20 hearing to a date in late November or early December for the purpose of entering a guilty plea or other further proceedings.

Respectfully submitted this 10th day of August, 2019,

FRANK JESSE AMNOTT

By Counsel

/s/ Aaron L. Cook
Counsel for Mr. Amnott

/s/ Andrew C. Graves
Counsel for Mr. Amnott

**COOK ATTORNEYS, a professional corporation**
71 Court Square, Suite B, Harrisonburg, Virginia 22801
(540) 564-9699; Fax (540) 564-9689; cook@cookattorneys.com

CERTIFICATE OF SERVICE

  I hereby certify that on this 10th day of August, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to all parties.

               /s/ Aaron L. Cook
               Counsel for Mr. Amnott

**COOK ATTORNEYS, a professional corporation**
**71 Court Square, Suite B, Harrisonburg, Virginia 22801**
**(540) 564-9699; Fax (540) 564-9689; cook@cookattorneys.com**

Case 5:19-cr-00017-EKD-JCH Document 24 Filed 08/10/19 Page 2 of 2 Pageid#: 49