IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 5:19-cr-00017 |
| | ) | |
| FRANK JESSE AMNOTT | ) | |

**ORDER**

The defendant, Frank Jesse Amnott, by counsel, moves for a continuance of the change of plea hearing in this case, and the government does not object. The court finds good cause to grant the motion. Specifically, a continuance will allow additional time for further investigation prior to proceeding with a guilty plea.

The court further finds that the ends of justice served by the granting of the continuance outweigh the best interest of the public and defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A) of the Speedy Trial Act.

Accordingly, it is hereby ORDERED that the defendant's motion for a continuance is GRANTED and that the change of plea hearing scheduled for August 20, 2019, is continued to December 11, 2019. The time period between August 20, 2019, and December 11, 2019, will be excluded from the calculation of time under the Speedy Trial Act.

The clerk is directed to send a copy of this order to all counsel of record.

Entered: August 13, 2019.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge