IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

UNITED STATES OF AMERICA

v.   Criminal Action No. 5:19CR17

Frank Jesse Amnott

In the presence of Aaron L. Cook and Andrew C. Graves, my counsel, who has fully explained the charges contained in the information against me, and having received a copy of the information from the United States Attorney before being called upon to plead, I hereby plead guilty to said information and counts 1, 2, & 3 thereof. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

_Frank J. Amnott_
Signature of Defendant

12/11/19
Date

_(signature)_
Witness