IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action: 5:19-cr-00017 |
| | ) | |
| FRANK JESSE AMNOTT | ) | |

**SENTENCING HEARING ORDER**

A guilty plea was held on December 11, 2019, in which the defendant pleaded guilty to Count 1, 2, & 3 of the felony information. The Court accepted the defendant's plea, a presentence report has been ordered, and the case is set for sentencing on May 26, 2020, at 10:00 a.m.

In connection with the sentencing hearing, it is ORDERED as follows:

1. No later than seven (7) days before sentencing, the prosecution and defense shall prepare and file a sentencing memorandum addressing sentencing considerations appropriate to the case. Such a memorandum shall specifically address the factors to be considered in imposing a sentence under 18 U.S.C. 3553(a). No response memoranda are required, but any party wanting to file a response must do so within seven (7) days of service or not less than two (2) days before sentencing, whichever is sooner.

2. Any exhibits to be introduced at sentencing shall be filed with the sentencing memorandum no later than seven (7) days prior to sentencing.

3. The sentencing memorandum shall identify all witnesses who are expected to testify at sentencing.

Entered: December 12, 2019

/s/ Elizabeth K. Dillon
United States District Judge